RECEIVED
CHARLOTTE, N.C.
AUG -8 2005
Clerk, U.S. Dist. Court
W. Dist. of N.C.

FILED
ASHEVILLE, N.C.
AUG 11 2005
U.S. DISTRICT COURT
W. DIST. OF N.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>MELVIN THOMAS LONG,<br>    Defendant,<br>and<br>EASTERN BAND OF CHEROKEE INDIANS,<br>    Garnishee. | CASE NO. 2:01CR15-T<br>(Financial Litigation Unit) |

## DISMISSAL OF WRIT OF GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Writ of Garnishment filed in this case against Melvin Thomas Long is DISMISSED.

This the 11TH day of August, 2005.

LACY H. THORNBURG
UNITED STATES DISTRICT JUDGE